In the Matter of PAUL J. KERN et al., Appellants, against FIORELLO H. LAGUARDIA, as Mayor of the City of New York et al., Respondents.

Argued December 2, 1942; decided January 7, 1943.

*S. Stanley Kreutzer, Martin H. Selman* and *Samuel Kreutzer* for appellants.

*Samuel D. Smoleff, George Dyson Friou, Herman A. Gray* and *Dorothy Kenyon* for Citizens Union of the City of New York et al., *amicus curiæ* in support of appellants.

*Paul Windels* and *Stewart W. Bowers* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.